IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ASAD RAHMAN and NELDA ST. CLAIR,

    Plaintiffs,

v.

YOLANDA BARNETT and JOHN/JANE DOES I-X,

    Defendants.

Civ. No. 1:15-cv-00388-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 27), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 27) is adopted. This action is dismissed, with prejudice.

IT IS SO ORDERED.

    DATED this 11th day of February, 2016.

                                                    /s/ Michael J. McShane
                                                          Michael McShane
                                                United States District Judge

1 –ORDER